UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ruth Packer,

      Plaintiff,

v.                                Civil Action No. 11 0548

Doctor Emeka Momah *et al.*,

      Defendants.

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant plaintiff's application and dismiss the complaint for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring the court to dismiss an action "at any time" it determines that subject matter jurisdiction is wanting).

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a).

Plaintiff, a District of Columbia resident, sues two doctors and two hospitals -- all based in the District of Columbia -- for fraud stemming from their alleged charges for treatment they provided her after an automobile accident. Plaintiff seeks a total of $80,000 in damages. The complaint neither presents a federal question nor provides a basis for diversity jurisdiction because the plaintiff and all of the defendants are located in the District of Columbia. Plaintiff's



4

recourse lies, if at all, in the Superior Court of the District of Columbia. A separate Order accompanies this Memorandum Opinion.

/s/
United States District Judge

March 14, 2011